**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Talmadge Laroy Hill, | |
|     Petitioner, | No. CV-12-00985-PHX-PGR |
| vs. | |
| Ron Creio, et al., | ORDER |
|     Respondents. | |

The Court entered its judgment on October 2, 2013 wherein it dismissed this habeas petition filed pursuant to 28 U.S.C. § 2254 as time-barred because it was filed more than 12½ years after the expiration of the AEDPA's statute of limitations. The Ninth Circuit Court of Appeals denied the petitioner a certificate of appealability on May 20, 2014 because his notice of appeal was not timely filed. The Court denied the petitioner's first motion for reconsideration on August 31, 2016.

Having considered the petitioner's Motion to Re Open Case Habeas Corpus Amendment (Doc. 28), construed by the Court as a motion for reconsideration of its order and judgment of dismissal, the Court finds that nothing in the petitioner's allegedly newly discovered evidence persuades the Court that the petitioner has made any legally sufficient showing that the limitations period should be equitably

tolled or that he is actually innocent of the crimes for which he was convicted. Therefore, I

IT IS ORDERED that the petitioner's Motion to Re Open Case (Doc. 28), construed as a motion for reconsideration, is denied.

IT IS FURTHER ORDERED that to the extent that a certificate of appealability is necessary, no certificate of appealability shall issue because reasonable jurists would not find the Court's procedural ruling debatable.

IT IS FURTHER ORDERED that the Clerk of the Court shall amend the docket to show that the petitioner's mailing address is: Talmadge L. Hill, No. 129417, Arizona State Prison-Eyman Complex, Rynning Unit, P.O. Box 3100, Florence, AZ 85132.

DATED this 14th day of November, 2016.

Paul G. Rosenblatt
United States District Judge